**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO 9:19-CV-80091-KAM

JODY STEWARD,
individually and on behalf of all others                    **CLASS ACTION**
similarly situated,
                                                            **JURY TRIAL DEMANDED**
*Plaintiff*,

v.

PLANET FITNESS INC.,

*Defendant*.

_____/

## NOTICE OF DISMISSAL WITH PREJUDICE

Plaintiff, Jody Steward, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), does

hereby dismiss this this action as follows:

1.      All claims of the Plaintiff, Jody Steward, individually, are hereby dismissed with

prejudice.

2.      All claims of any unnamed member of the alleged class are hereby dismissed without

prejudice.

Date: March 21, 2019

Respectfully Submitted,

| **SHAMIS & GENTILE, P.A.** | **EDELSBERG LAW, P.A.** |
|---|---|
| /s/ Andrew J. Shamis | Scott A. Edelsberg, Esq. |
|  | Florida Bar No. 100537 |
| Andrew J. Shamis, Esq. | 19495 Biscayne Blvd. |
| Florida Bar No. 101754 | # 607 |
| 14 NE 1st Ave. | Aventura, FL 33180 |
| Suite 1205 | Scott@edelsberglaw.com |
|  | Telephone: 305-975-3320 |
| Miami, Florida 33132 |  |
| ashamis@shamisgentile.com | Counsel for Plaintiff and the Class |
| Telephone: 305.479.2299 |  |
|  |  |
| Counsel for Plaintiff and the Class |  |