UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-CV-80091-MARRA

**JODY STEWARD, individually and
on behalf of all others similarly situated,**

    **Plaintiff,**

**vs.**

**PLANET FITNESS INC.,**

    **Defendant.**
_____/

## ORDER OF DISMISSAL

**THIS CAUSE** is before the Court upon the Plaintiff JODY STEWARD'S notice of voluntary dismissal with prejudice filed March 21, 2019 pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) [DE 10]. Upon consideration it is **ORDERED AND ADJUDGED**:

1. Pursuant to voluntary notice of dismissal of the Plaintiff JODY STEWARD [DE 10], this action is **DISMISSED WITH PREUDICE.**

2. The Clerk of the Court is directed to now enter this case as **CLOSED** and terminate any pending motions as **MOOT.**

**DONE and SIGNED** in Chambers at West Palm Beach, Florida this 25th day of March 2019.

                                              KENNETH A. MARRA
                                              United States District Judge

cc. All counsel